FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SEP - 8 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:05CR220- |
| | ) | [18 USC 1343; |
| v. | ) | 18 USC 2] |
| | ) | |
| SAMUEL DURRELL BROWN | ) | **INDICTMENT** |

The Grand Jury charges:

## COUNTS 1-2

1. At all times relevant to this Indictment:

    a. Household Bank (SB), N.A. and Household Credit Card Services, Inc. (collectively, "Household") issued and serviced credit cards.

    b. MBNA America Bank, N.A. ("MBNA") issued and serviced credit cards.

    c. Troy Bank & Trust ("TBT") was a bank located in Troy, Alabama.

2. In or about June 2003 through July 2003, in the Middle District of Alabama, and elsewhere,

SAMUEL DURRELL BROWN,

defendant herein, did, while aiding and abetting and while being aided and abetted by others known and unknown to the grand jury, did knowingly and willfully devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, which scheme and artifice is described in substance in paragraphs 3 through 12 of this Indictment.

**The Brown Account**

3.  On or about June 19, 2003, BROWN opened a bank account at TBT (the "Brown Account") with a deposit of $100.

4.  On or about June 28, 2003, Household was contacted by an individual pretending to be a Household customer. The impersonator provided Household with the true customer's identifying information and requested that Household transfer funds in the amount of $6500 to the Brown Account. Household honored the request and electronically transferred the funds to the Brown Account.

5.  On or about July 1, 2003, BROWN withdrew $6400 from the Brown Account.

**The CL Account**

6.  On or about June 23, 2003, an individual identified herein as "CL" opened an account at TBT. CL was acting at the request of her boyfriend, who in turn was acting at the request of BROWN.

7.  On or about July 9, 2003, Household was contacted by an individual pretending to be a Household customer. The impersonator provided Household with the true customer's identifying information and requested that Household transfer funds in the amount of $9550 to the CL Account. Household honored the request and electronically transferred the funds to the CL Account.

8.  On or about July 9, 2003, at the request of BROWN, CL transferred $9385.00 from the CL Account into the Brown Account.

9.  On or about July 10, 2003, Brown withdrew $8500 from the Brown Account.

**The FE Account**

10.    On or about June 23, 2003, an individual identified herein as "FE" opened an account at TBT. FE was acting at the request of BROWN.

11.    On or about July 9, 2003, MBNA was contacted by an individual pretending to be an MBNA customer. The impersonator provided MBNA with the true customer's identifying information and requested that MBNA transfer funds in the amount of $11,200 to the FE Account. MBNA did not honor the request.

12.    On or about July 10, 2003, FE attempted unsuccessfully to withdraw $11,200 from the FE Account.

13.    On or about the dates set forth below, for the purpose of executing this scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations and promises,

SAMUEL DURRELL BROWN,

defendant herein, did knowingly and willfully transmit and cause to be transmitted in interstate commerce by means of wire communications, certain signs, signals, and sounds, namely transfers of funds from Household in Salinas, California to the accounts described below at TBT in Troy, Alabama, as follows:

| COUNT | DATE | AMOUNT | ACCOUNT |
|---|---|---|---|
| 1 | June 28, 2003 | $6,500 | Brown Account |
| 2 | July 9, 2003 | $9,550 | CL Account |

All in violation of Title 18, United States Code, Sections 1343 and 2.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
Andrew O. Schiff
Assistant United States Attorney