IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2005 NOV -2 P 1:32

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO.: _____ |
| | ) | 18 USC 1343 |
| SAMUEL DURRELL BROWN | ) | 18 USC 2 |

NOTICE OF APPEARANCE OF COUNSEL

TO:     CLERK UNITED STATES DISTRICT COURT
        MIDDLE DISTRICT OF ALABAMA
        UNITED STATES COURTHOUSE
        ONE CHURCH STREET
        MONTGOMERY, ALABAMA 36104

Dated: November 1, 2005

    Please enter my appearance as retained counsel for the defendant in the above- styled case.

Respectfully Submitted,

_____
Glennon F. Threatt, Esq.
Miller, Hamilton, Snider & Odom, LLC
505 20th Street North
1200 Financial Center
Birmingham, Alabama 35203
(205) 226-5200
(205) 226-5275 fax

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Appearance was served this _1st_ day of November by placing same in First Class Mail, postage prepaid to the following:

U.S. Attorney Laura Canary
One Court Square
Ste. 201
Montgomery, AL 36104

AUSA Andrew Schiff
One Court Square
Ste. 201
Montgomery, AL 36104

_____
COUNSEL