IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:05CR220-F |
| v. | ) CR. NO.: | 18 USC 1343 |
| | ) | 18 USC 2 |
| SAMUEL DURRELL BROWN | ) | |

NOTICE OF INTENT TO ENTER A GUILTY PLEA

COMES NOW, the Defendant, Samuel Durrell Brown, and notifies this Honorable Court that he intends to enter a plea of guilty in the above-captioned case.

Respectfully Submitted,

Glennon F. Threatt, Esq.
Miller, Hamilton, Snider & Odom, LLC
505 20th Street North
1200 Financial Center
Birmingham, Alabama 35203
(205) 226-5200
(205) 226-5275 fax

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Intent to Enter a Guilty Plea was served this 8th day of November by placing same in First Class Mail, postage prepaid to the following:

U.S. Attorney Laura Canary
One Court Square
Ste. 201
Montgomery, AL 36104

AUSA Andrew Schiff
One Court Square
Ste. 201
Montgomery, AL 36104

_____
COUNSEL