IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr220-F |
| | ) | |
| SAMUEL DURRELL BROWN | ) | |

**<u>ORDER</u>**

The defendant, SAMUEL DURRELL BROWN, has indicated to the court that he wishes to enter a consent plea. Therefore, it is

ORDERED that the defendant, SAMUEL DURRELL BROWN, appear with counsel before the undersigned Magistrate Judge on November 15, 2005 at 2:00 p.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a consent plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 14th day of November, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE