| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: November 15, 2005 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 2:07 - 2:28 |
| | COURT REPORTER: Risa Entrekin |

☐ **ARRAIGNMENT**    ☐ **CHANGE OF PLEA**    √ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**    ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr220-F    **DEFENDANT NAME:** Samuel Durrell Brown
**AUSA:** Kent Brunson    **DEFENDANT ATTORNEY:** Glennon F. Threatt, Jr.
   Type counsel ( )Waived; (√)Retained; ( )CJA; ( )FPD
   ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Ron Thweatt
Interpreter present? (√)NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   ☐ Not Guilty
   √ Guilty as to:
      √ Count(s): 1 of the Indictment
      √ Count(s):   2    ☐ dismissed on oral motion of USA
            √ to be dismissed at sentencing
√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the
   Indictment.
☐ CRIMINAL TERM:       ☐ WAIVER OF SPEEDY TRIAL filed.
       DISCOVERY DISCLOSURE DATE:
√ Bond executed in the amount of $25,000.00. Conditions of Release executed.
      ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
         ☐ Defendant requests time to secure new counsel