IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-220-F |
| | ) | |
| SAMUEL DURRELL BROWN | ) | |

## O R D E R

It is hereby ORDERED that the sentencing hearing set in this case for February 6, 2006 is continued to February 7, 2006 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 12th day of December, 2005.

                                                                  /s/ Mark E. Fuller
                                              CHIEF UNITED STATES DISTRICT JUDGE