IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:05-CR-220-F |
| ) | |
| SAMUEL DURRELL BROWN ) | |

## MOTION TO CONTINUE

COMES NOW the Defendant, Samuel Brown, by and through undersigned counsel, Glennon F. Threatt, of the law firm of Miller, Hamilton, Snider & Odom, LLC, and notifies this Court and parties of his request to continue the sentencing that is currently set for Tuesday, February 7, 2006, to a date that is convenient to the Court and parties. As grounds therefore, counsel states as follows:

1.  Undersigned counsel is a trial attorney for Derrick Williams in the case of State of Alabama v. Derrick Williams, Case Number CC-2005-2258. This case is scheduled first out for trial on Monday, February 6, 2006.

2.  Mr. Williams is being held in jail on bond pending resolution of this case.

3.  This morning, undersigned counsel found out from the courtroom deputy for Judge Clyde Jones that Mr. Williams's case will be first out on the morning of February 6, 2006.

4.  When notified of my pending sentencing hearing in the instant case, Judge Jones asked me to request a continuance of the sentencing so that there would not be an interruption in the jury trial.

5.  My client herein, Samuel Brown, is on bond in this case and would not be prejudiced by a reasonable delay in sentencing.

1

Respectfully submitted,

/s/:  Glennon F. Threatt, Esq.
Glennon F. Threatt, Esq.
Miller, Hamilton, Snider & Odom, LLC
505 20th Street North
1200 Financial Center
Birmingham, Alabama 35203
(205) 226-5200
(205) 226-5275 fax

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this _____ day of February, 2006 by electronic mail and/or United States mail, first-class postage prepaid, to the following:

AUSA Andrew Schiff
U.S. Attorney's Office
One Court Square
Ste. 201
Montgomery, AL 36104

Jeffrey Lee
U.S. Probation Office
One Court Square
Ste. 249
Montgomery, AL 36101

Samuel D. Brown
4533 High Grove Court
Acworth, GA  30102

_____
COUNSEL