IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-220-MEF |
| | ) | |
| SAMUEL DURRELL BROWN | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Continue Sentencing (Doc. #16) filed on February 2, 2006, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set for February 7, 2006 is continued to March 8, 2006 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 3rd day of February, 2006.

        /s/ Mark E. Fuller
        CHIEF UNITED STATES DISTRICT JUDGE