# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MARK E. FULLER, PRESIDING           AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | 3/8/06 | AT: | 9:00 a.m. |
| DATE COMPLETED: | 3/8/06 | AT: | 9:13 a.m. |

UNITED STATES OF AMERICA          §
vs.                               §     CR. NO. 2:05CR220-MEF
                                  §
SAMUEL DURRELL BROWN              §

---

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Tomm Brown Hardwick | | Glennon F. Threatt, Jr. |

---

COURT OFFICIALS PRESENT:

Meredyth Cohen, Law Clerk                 Jeffrey Lee, USPO
Kelli Gregg, Courtroom Clerk
Jimmy Dickens, Court Reporter

---

COURTROOM PROCEEDINGS:

( X ) **Sentencing**

9:00 a.m. -   Court convenes.
              Defense Counsel states that there are no objections to the pre-sentence report.
              The Government states the terms of the plea agreement to the Court.
              The Court will adopt the plea agreement between the parties and will sentence the defendant accordingly.
              Defense counsel would like a low end term of probation.
              The Court will waive interest on the restitution ordered.
              The Court sentences defendant and advises him of his right to an appeal.
              The Court states that it will not release jurisdiction of this defendant.
              Government Moves to Dismiss Count 2 of the Indictment.
              Court will GRANT Government's Motion to Dismiss Count 2 of the Indictment.
9:13 a.m. -   Court is in recess.

.