IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA )
)
vs. ) CR NO. 2:05CR220-F
)
Samuel D. Brown )

The Court finds after considering all available evidence that the defendant is not likely to flee or pose a danger to the safety of any other person, or the community, if released pending sentencing.

[✓] A. It is ORDERED that the defendant be released and continued under the same conditions imposed by the U. S. Magistrate on 11/15/05.

[ ] B. It is ORDERED that the defendant be remanded to the custody of the U. S. Marshal until the defendant posts the required bond as Ordered and/or agrees to comply with any other Ordered conditions of release as follows:

The defendant shall:

[ ] 1. Execute an unsecured bond in the amount of $_____.
[ ] 2. Execute a bail bond with surety in the amount of $_____.
[ ] 3. Not commit a federal, state or local crime during the period of release.
[ ] 4. Refrain from possessing a firearm or other dangerous weapon.
[ ] 5. Report [weekly] to the Chief U. S. Pretrial Officer of this District, or his designee, in accordance with instructions.
[ ] 6. Avoid all contact with the following named persons who are alleged victims and/or witness(es) involved in this case: _____
[ ] 7. Refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance as defined in Section 102 of the Controlled Substance Act (21 U.S.C. 802) without a prescription by a licensed medical practitioner.
[ ] 8. Be restricted to travel in _____
[ ] 9.

DATE: 8 March 2006

_____
UNITED STATES DISTRICT JUDGE