# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Samuel Durrell Brown                    Case Number: 2:05cr220-MEF

Name of Sentencing Judicial Officer: The Honorable Mark E. Fuller, Chief U.S. District Judge

Date of Original Sentence:  March 8, 2006

Original Offense:  Fraud by Wire, Radio, or Television and Aiding and Abetting

Original Sentence:  Three (3) years probation

Type of Supervision: Probation                    Date Supervision Commenced: March 8, 2006

## PETITIONING THE COURT

[ ]    To extend the term of supervision for __ years, for a total term of __ years.
[x]    To modify the conditions of supervision as follows:

**The defendant shall complete 30 hours of community service at a location and schedule approved by the probation officer.**

## CAUSE

On February 8, 2008, written correspondence was received from the U.S. Probation Office in Marietta, Georgia (Northern District of Georgia) reporting that on January 6, 2008, Samuel Durrell Brown was arrested by the Cobb County, Georgia Police Department and charged with Driving Under the Influence (DUI).  His supervising probation officer advised that Mr. Brown has taken full responsibility of his actions.  The offender indicated that he was celebrating the future birth of his child and made the mistake of driving after several drinks.  According to the police report, Mr. Brown refused a blood alcohol test (BAC); therefore, there is no information relating to the amount of alcohol in his system at the time of his arrest. Offender is scheduled to appear for sentencing on March 25, 2008.

In addition to a new law violation, the offender has not been consistent in making his restitution payments of $200 monthly.  His supervising probation officer has a plan to bring him back into current pay status by having the offender submit his entire tax refund towards his restitution.

Based on the offender's arrest for DUI, the supervising probation officer in the Northern District of Georgia is requesting that the conditions of supervision be modified to include a condition that requires Mr. Brown to complete 30 hours of community service. Mr. Brown  has agreed to the proposed modification  by signing Probation Form 49 on February 13, 2008, waiving his right to a hearing and assistance of counsel.  It is recommended that the conditions of probation be modified.

Respectfully submitted,

by    /s/ David Ron Thweatt
      Supervisory U.S. Probation Officer
      Date: February 26, 2008

**PROB 12B**
**(7/93)**

2

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[ ]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

_____
Date